# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| AMCO INSURANCE COMPANY, | Civil No. 08-5748 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| INSPIRED TECHNOLOGIES, INC., | |
| Defendant. | |

---

Thomas Peterson, **THE LAW OFFICE OF THOMAS E. PETERSON, P.A.**, 7831 Glenroy Road, Suite 145, Minneapolis, MN 55439, for plaintiff.

Aimee Dayhoff, Michael Rothman, and Tiffany Blofield, **WINTHROP & WEINSTINE, PA,** 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the parties' Stipulation filed on May 7, 2010 [Docket No. 48].

Based upon the Stipulation [Docket No. 48] of the parties in the above-captioned case and this Court's Memorandum Opinion and Order dated February 19, 2010 [Docket No. 41], **IT IS HEREBY ORDERED** that:

1. The Memorandum Opinion and Order [Docket No. 41] disposes of all issues and claims in this case and that judgment can be entered pursuant to that order. Accordingly, the Court dismisses Inspired Technologies, Inc.'s counter-claims;

2. Nothing in the Stipulation [Docket No. 48] shall prejudice the right of Defendant Inspired Technologies, Inc. ("ITI") to appeal from the judgment to be entered; and

3. Any and all claims, whether asserted or unasserted, related to claims against ITI for amounts paid by AMCO on ITI's behalf in the litigation brought against ITI by 3M Company are now precluded by the law of the case doctrine.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: May 11, 2010
at Minneapolis, Minnesota
                                            s/ John R. Tunheim
                                            JOHN R. TUNHEIM
                                            United States District Judge